### 17858.　JOHNSON *v.* THE STATE.

BLOODWORTH, J. The evidence authorized the verdict, and the court properly overruled the motion for a new trial, which was based on the general grounds only.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 12, 1927.

Criminal Law, 16 C. J. p. 1217, n. 44, 45.
Drunkards, 19 C. J. p. 802, n. 17.

Drunkenness on highway; from Crawford superior court—Judge Mathews. December 11, 1926.

*W. O. Cooper Jr.,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.